FILED: August 15, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1314 (L)
(8:10-cv-01259-DKC)

_____

CENTRO TEPEYAC

       Plaintiff - Appellee

v.

MONTGOMERY COUNTY; MONTGOMERY COUNTY COUNCIL, In its Capacity as the Montgomery County Board of Health

       Defendants - Appellants

 and

MONTGOMERY COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES; MARC HANSEN, Acting County Counsel

       Defendants

_____

No. 11-1336
(8:10-cv-01259-DKC)

_____

CENTRO TEPEYAC

       Plaintiff - Appellant

v.

MONTGOMERY COUNTY; MONTGOMERY COUNTY COUNCIL, In its Capacity as the Montgomery County Board of Health

    Defendants - Appellees

and

MONTGOMERY COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES; MARC HANSEN, Acting County Counsel

    Defendants

---

## O R D E R

---

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file new briefs for the en banc rehearing of this matter within the time scheduled in a briefing order to be issued by the clerk. The parties shall file 20 paper copies and an electronic copy of their new briefs, and appellants shall file 20 paper copies and an electronic copy of the previously-filed joint appendix.

Existing amici who wish to present written arguments on rehearing en banc must file 20 paper copies and an electronic copy of their previously-filed briefs or new briefs on rehearing within seven days after filing of the principal brief of the party being supported. Any new amici must file a motion or show consent of the

parties under Fed. R. App. P. 29, and file 20 paper copies and an electronic copy of the proposed brief.

En banc oral argument is scheduled for December 6, 2012.

For the Court

/s/ Patricia S. Connor, Clerk